UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY BRAY, | Case No. C17-1939RSL |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| ALASKA USA FEDERAL CREDIT UNION, *et al.*, | |
| Defendants. | |

Plaintiff's original complaint in this matter leveled a number of indiscernible and difficult-to-understand allegations against several insurance companies and car dealers. Dkt. # 1. Based on those deficiencies, the Court on January 25, 2018, ordered plaintiff to file an amended complaint with a more definite statement detailing the ways in which defendants violated plaintiff's rights. Dkt. # 7. The Court gave plaintiff until February 23, 2018, to file an amended complaint and warned that failure to do so would result in dismissal of this action. Plaintiff has not filed an amended complaint. For that reason and the reasons stated in the Court's Order Requiring More Definite Statement, the above-captioned matter is DISMISSED.

DATED this 23rd day of March, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1